UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
EVANSTON INSURANCE COMPANY,   Case No.: 1:21-cv-01266-DNH-DJS

                Plaintiff,   **NOTICE OF DISMISSAL**

  -against-

IMMACULATE CONCRETE, LLC and JAMES VRETTOS,

                Defendants.
-----------------------------------------------------------------------x

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, neither defendant having appeared by the filing of an answer or a motion for summary judgment, and the matter in difference in the above entitled action having been amicably adjusted by and between the parties, Plaintiff, Evanston Insurance Company, hereby dismisses this action with prejudice as to all parties without cost to any of the parties.

Dated: March 21, 2022

IT IS SO ORDERED:

*[signature]*
David N. Hurd
U.S. District Judge

Dated: 3-25-2022

Kennedys CMK LLP

*/s/ April T. Villaverde*
April T. Villaverde
Danielle N. Valliere
*Attorneys for Plaintiff*
*Evanston Insurance Company*
570 Lexington Avenue – 8th Floor
New York, New York 10022
(646) 625-4000
(212) 832-4920 – Fax